WILLIAM J. SCHROEDER, ISB No. 6674
GREGORY C. HESLER, ISB No. 8667
PAINE HAMBLEN LLP
701 Front Avenue, Suite 101
P. O. Box E
Coeur d'Alene, Idaho  83816
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

<u>Mailing Address:</u>
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
Telephone:  (509) 455-6000
Facsimile:  (509) 838-0007

Attorneys for Defendant Metropolitan Property and
Casualty Insurance Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| PAUL MARUSICH, | ) )  Case No.  1:11-cv-00121-S-WBS |
|  | ) |
| Plaintiff, | ) **STIPULATED MOTION FOR** |
|  | ) **DISMISSAL, WITH PREJUDICE AND** |
| vs. | ) **WITHOUT COSTS TO ANY PARTY** |
|  | ) |
| METROPOLITAN PROPERTY AND | ) |
| CASUALTY INSURANCE COMPANY, a | ) |
| Rhode Island corporation; and DOES I –V, | ) |
| unknown parties, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

COME NOW the Parties, by and through their respective counsel of record, and hereby

stipulate and agree that all claims and causes of action in the above-referenced matter should be

dismissed, with prejudice and without costs or attorney fees to any party.

STIPULATED MOTION FOR DISMISSAL,
WITH PREJUDICE AND WITHOUT
COSTS TO ANY PARTY - 1

DATED this ___4___ day of ~~March~~, *April* 2012.

PAINE HAMBLEN LLP


By:_____
William J. Schroeder, ISB No. 6674
Gregory C. Hesler, ISB No. 8667
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
Telephone: (509) 455-6000
Facsimile: (509) 838-0007
william.schroeder@painehamblen.com
greg.hesler@painehamblen.com
Attorneys for Defendant Metropolitan
Property and Casualty Insurance Company


DATED this ___30th___ day of March, 2012.

STORER & MINER, PLLC


By:_____
Bryan S. Storer, ISB No. 6944
Clinton E. Miner, ISB No. 3887
4850 North Rosepoint Way, Suite 104
Boise, Idaho 83713
Telephone: (208) 323-0024
Facsimile: (208) 323-9730
storerlaw@msn.com
cherrygulch@yahoo.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of April, 2012, I served a copy of the foregoing **STIPULATED MOTION FOR DISMISSAL, WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY**, on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

| | |
|---|---|
| Brian S. Storer | storerlaw@msn.com |
| Clinton E. Miner | cherrygulch@yahoo.com<br>storer.miner.law@live.com |
| William J. Schroeder | william.schroeder@painehamblen.com<br>marsha.ungricht@painehamblen.com<br>debbie.miller@painehamblen.com |
| Gregory C. Hesler | greg.hesler@painehamblen.com<br>marsha.ungricht@painehamblen.com<br>debbie.miller@painehamblen.com |

Additionally, a copy of the foregoing was served on the following party by first class mail, postage prepaid, addressed to:

*no manual recipients*

By: _____
William J. Schroeder, ISB No. 6674
Gregory C. Hesler, ISB No. 8667
PAINE HAMBLEN LLP
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
Telephone:  (509) 455-6000
Facsimile:  (509) 838-0007
william.schroeder@painehamblen.com
greg.hesler@painehamblen.com
Attorneys for Defendant Metropolitan Property and
Casualty Insurance Company

I:\Spodocs\00199\00158\PLEAD\01008022.DOC