UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAUL MARUSICH,<br><br>         Plaintiff,<br><br>vs.<br><br>METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, a Rhode Island corporation; and DOES I –V, unknown parties,<br><br>         Defendants. | Case No.  1:11-CV-00121-WBS<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY** |

   THIS MATTER came before the Court on the Stipulated Motion of the Parties.  Based on the Parties' stipulation, IT IS HEREBY

   ORDERED, ADJUDGED and DECREED that all claims and causes of action in the above-referenced matter are hereby dismissed, with prejudice and without costs or attorney fees to any party.

DATED:  April 5, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

//"End of Text"//

**SUBMITTED BY:**

    PAINE HAMBLEN LLP

By: \s\ WILLIAM J. SCHROEDER
    William J. Schroeder, ISB No. 6674
    Gregory C. Hesler, ISB No. 8667
    Attorneys for Defendant Metropolitan
    Property and Casualty Insurance Company

C:\CAED\iFolder\DSHU2\inBOX\Signed\11cv121 Marusich (Idaho) - Order Upon Stip for Dismissal.wpd